IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT ANCHORAGE

BRAD DAVIDS, )
)
Plaintiff, )
)
vs. )
)
WILLIAM BETTS, )
)
Defendant. )
_____ )

COPY
Original Received
JAN 24 2014
Clerk of the Trial Courts

Case No. 3AN – 14 - 4648 Civil

## ORIGINAL COMPLAINT

COMES NOW Plaintiff, BRADLEY DAVIDS, by and through his attorney of record, LAW OFFICE OF WILLIAM DENNIE COOK, PC, stating and alleging on behalf of his complaint for damages and injuries the following:

1. At all relevant times Plaintiff was a resident of the state of Alaska and of the Fourth Judicial District.

2. On information and belief, Defendant was at all relevant times a resident of the state of Alaska and of the Third Judicial District.

3. On or about February 3, 2012, Plaintiff, having been admitted to Alaska Native Medical Center, underwent surgery, performed by Defendant, a physician. Defendant had met with Plaintiff, diagnosed his condition, and planned for surgery.

4. Defendant's care of Plaintiff Davids fell below the medical standard of good health care required for health care providers in the community, and had a deleterious causal impact upon the future health of his patient, Plaintiff.

COMPLAINT
*Davids vs. Betts*
No. 3AN-14-_____ Civil

Page 1 of 2

5. As a direct result of, and proximately caused by, Defendant's acts and omissions, Plaintiff has suffered economic and non-economic losses to be proven at trial. WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

1. For judgment within the jurisdictional limit of the Superior Court;

2. For pre-judgment interest on any and all monetary judgments received;

3. For costs and attorneys fees necessarily incurred as a result of the filing of this action, and as provided by law; and

4. For such other relief as the trier of fact deems appropriate.

DATED at Anchorage, Alaska on this 24th day of January, 2014.

LAW OFFICE OF WILLIAM DENNIE COOK, PC
Attorney for Plaintiff

By: *William D. Cook*
William D. Cook
ABA No. 7510062

The Law Offices of
William Dennie Cook, PC
P.O. Box 770001
Eagle River
Alaska
99577-0001
Phone
(907) 694-1010
Fax
(907) 694-2024

COMPLAINT
Davids vs. Betts
No. 3AN-14-_____ Civil
Page 2 of 2

Case 3:14-cv-00150-JWS   Document 1-1   Filed 07/31/14   Page 2 of 2